UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PLAINVILLE GENERATING CO., LLC, | ) |
| Plaintiff, | ) Civil Action No. 05-11210 GAO |
| v. | ) |
| DTE BIOMASS ENERGY, INC., and PLAINVILLE GAS PRODUCERS, INC., | ) |
| Defendants. | ) |

## ASSENTED TO MOTION TO EXTEND TIME FOR RESPONDING TO COMPLAINT

Defendants hereby move for an additional 21 days in which to respond to the Complaint in this action. Defendants ask to have until July 20, 2005 to serve a responsive pleading.

Plaintiff has assented to defendants' requested extension.

Respectfully submitted,

DTE BIOMASS ENERGY, INC. and
PLAINVILLE GAS PRODUCERS, INC.

By their attorneys,

/s/ John B. Daukas
_____
John B. Daukas (BBO #552848)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
(617) 570-1000

        Assented to:

        PLAINVILLE GENERATING CO., LLC

        By its attorneys,

        /s/ Christopher L. DeMayo
        _____

        Steven Ferrey, Consulting Counsel
        Christopher L. DeMayo
        LeBoeuf, Lamb, Greene & MacRae, L.L.P.
        260 Franklin Street
        Boston, MA  02110
        (617) 748-6800

Dated:  June 29, 2005

LIBA/1562127.1