AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

Plainville Generating Co., LLC

v.

DTE Biomass Energy, Inc. and
Plainville Gas Producers, Inc.

SUMMONS IN A CIVIL CASE

CASE 05 11210 GAO

TO: (Name and address of Defendant)

DTE Biomass Energy, Inc.
425 South Main Street
Ann Arbor, MI 48104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven Ferrey
Christopher L. DeMayo
LeBoeuf, Lamb, Greene & MacRae LLP
260 Franklin Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON     JUN - 9 2005

CLERK                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE June 10, 2005 Friday 11:59am |
| NAME OF SERVER (PRINT)  Dalton Walker, Jr. | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the third-party defendant. Place where served: DTE Biomass Energy, Inc.
425 South Main Street Ann Arbor, Michigan 48104-2393
Accepted by: David Joest - Assistant General Council

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: N/A

G  Returned unexecuted: N/A
N/A
N/A

G  Other (specify): N/A
N/A
N/A

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | $115.00 | $115.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-13-05
        Date                    Signature of Server

19531 Lyndon Detroit, Michigan 48223
            Address of Server

Kelly Roberts
6/13/05

KELLY ROBERTS
NOTARY PUBLIC WAYNE CO., MI
MY COMMISSION EXPIRES Oct 22,

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.