UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PLAINVILLE GENERATING CO., LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | CIVIL ACTION |
| | ) | NO. 05-1121- GAO |
| v. | ) | |
| | ) | |
| DTE BIOMASS ENERGY, INC. and | ) | |
| PLAINVILLE GAS PRODUCERS, INC., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## <u>NOTICE OF APPEARANCE</u>

To the Clerk:

Kindly enter my appearance on behalf of the defendants, DTE Biomass Energy, Inc. and

Plainville Gas Producers, Inc., in this action.

*/s/ Wesley S. Chused*

July 20, 2005                    Wesley S. Chused (BBO #083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 20, 2005, I served a copy of the foregoing pleading upon all parties hereto electronically, via facsimile or by mailing copies thereof, via first class mail, postage prepaid, properly addressed to:

Steven Ferrey, Esq.
Christopher L. DeMayo, Esq.
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
260 Franklin Street
Boston, MA 02110
(617) 748 6800

*/s/ Wesley S. Chused*
Wesley S. Chused