UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PLAINVILLE GENERATING CO., LLC, | ) ) ) | |
| *Plaintiff,* | ) ) | CIVIL ACTION NO. 05-1121- GAO |
| v. | ) ) | |
| DTE BIOMASS ENERGY, INC. and PLAINVILLE GAS PRODUCERS, INC., | ) ) ) | |
| *Defendants.* | ) ) ) | |

## WITHDRAWAL OF APPEARANCE

To the Clerk:

  Kindly withdraw my appearance for the defendants, DTE Biomass Energy, Inc. and Plainville Gas Producers, Inc., in this action. The appearance of successor counsel, Wesley S. Chused, is being filed concurrently herewith.

Dated: July 20, 2005

*/s/ John B. Daukas*
John B. Daukas (BBO #552848)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

L:\\000\Pld\001 (Notice of Withdrawal).doc

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2005, I served a copy of the foregoing pleading upon all parties hereto electronically, via facsimile or by mailing copies thereof, via first class mail, postage prepaid, properly addressed to:

      Steven Ferrey, Esq.
      Christopher L. DeMayo, Esq.
      LeBoeuf, Lamb, Greene & MacRae, L.L.P.
      260 Franklin Street
      Boston, MA 02110
      (617) 748 6800

      */s/ Wesley S. Chused*
      Wesley S. Chused