UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLAINVILLE GENERATING CO., LLC,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Case No. 05-11210-GAO |
| ) | |
| DTE BIOMASS ENERGY, INC. and  ) | |
| PLAINVILLE GAS PRODUCERS, INC.,  ) | |
| ) | |
| Defendants.  ) | |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Defendants DTE Biomass Energy, Inc. ("DTE Biomass") and Plainville Gas Producers, Inc. ("Plainville Gas") (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, hereby submit their corporate disclosure statement as follows:

1.  Plainville Gas is a wholly-owned subsidiary of DTE Biomass. Neither company is publicly traded.

2.  DTE Biomass is a wholly-owned subsidiary of DTE Energy Resources, Inc., ("DTER"), which is not publicly traded.

3.  DTER is a wholly-owned subsidiary of DTE Energy Company ("DTEEC"), which is publicly traded on the NYSE.

4.  DTEEC is also the parent of Detroit Edison Company, a public utility (which is not itself publicly traded).

Date:  July 20, 2005.

KC-1308148-1

Respectfully submitted,

*/s/ W.C. Blanton*
W.C. Blanton           MO# 54125
Lori J. Sellers        MO# 47975
Blackwell Sanders Peper Martin LLP
4801 Main Street, Ste. 1000
Kansas City, MO  64112
(816) 983-8000
(816) 983-8080  ( fax )
*pro hac vice* motions pending


*/s/ Wesley S/ Chused*
Wesley S. Chused
Looney & Grossman LLP
101 Arch Street
Boston, MA  02110
(617) 951-2800
(617) 951-2819 (fax)

**Attorneys for Defendants**

# CERTIFICATE OF SERVICE

    I hereby certify that on July 20, 2005, I served a copy of the foregoing pleading upon all parties hereto electronically, via facsimile or by mailing copies thereof, via first class mail, postage prepaid, properly addressed to:

> Steven Ferrey, Esq.
> Christopher L. DeMayo, Esq.
> LeBoeuf, Lamb, Greene & MacRae, L.L.P.
> 260 Franklin Street
> Boston, MA 02110
> (617) 748 6800


*/s/ Wesley S. Chused*
Wesley S. Chused