UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLAINVILLE GENERATING CO., LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DTE BIOMASS ENERGY, INC. ) <br> AND ) <br> PLAINVILLE GAS PRODUCERS, INC. ) <br> ) <br> Defendants. ) | Case No. 05-11210-GAO |

### AFFIDAVIT OF W.C. BLANTON
### IN SUPPORT OF MOTION TO PERMIT HIS APPEARANCE *PRO HAC VICE*

W.C. Blanton, upon oath, deposes and says:

1. My name is W.C. Blanton. I am a partner in the law firm of Blackwell Sanders Peper Martin LLP, 4801 Main Street, Suite 1000, Kansas City, Missouri 64112. I have been a member of the Bar of Indiana in good standing since 1975, a member of the Bar of Minnesota in good standing since 1996, and a member of the Bar of Missouri in good standing since 2002.

2. This Affidavit is made in support of the motion of Wesley S. Chused for leave to permit my appearance *pro hac vice* for the defendants, DTE Biomass Energy, Inc., and Plainville Gas Producers, Inc., in this action.

3. My office address and telephone number are as follows:

> W.C. Blanton
> Blackwell Sanders Peper Martin LLP
> 4801 Main Street, Suite 1000
> Kansas City, Missouri 64112
> (816) 983-8151

4. In addition to being admitted to the state Bars of Indiana, Minnesota, and Missouri, I have been admitted to practice in and am a member in good standing of the United

States Supreme Court (admitted 2001), the United States Court of Appeals for the Sixth Circuit (admitted 1998), the United States Court of Appeals for the Seventh Circuit (admitted 1977), the United States Court of Appeals for the Eighth Circuit (admitted 1998), the United States District Court for the Western District of Missouri (admitted 2002), the United States District Court for the Eastern District of Missouri (admitted 2002), the United States District Court for the Northern District of Indiana (admitted 2001), the United States District Court for the Western District of Wisconsin (admitted 1997), the United States District Court for the District of Minnesota (admitted 1996), and the United States District Court for the Southern District of Indiana (admitted 1975).

     5.    I am a member in good standing in every jurisdiction where I have been admitted to practice.

     6.    I am not currently suspended or disbarred in any jurisdiction, there are no disciplinary proceedings pending against me, and I have not been disbarred or suspended in any jurisdiction.

     7.    I have read and agree to abide by the Local Rules of the United States District Court for the District of Massachusetts.

     8.    I am familiar with the defenses asserted by Defendants in this lawsuit and the law applicable to those defenses.

     9.    Although I am not a member of the Bar of this Court, I respectfully request, through co-counsel, Wesley S. Chused, that this Court grant me leave to appear *pro hac vice* on behalf of Defendants in this case pursuant to Local Rule 83.2(b).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 19, 2005.

_____
W.C. Blanton

KC-1307788-1