UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLAINVILLE GENERATING CO., LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DTE BIOMASS ENERGY, INC. )<br>AND )<br>PLAINVILLE GAS PRODUCERS, INC. )<br>)<br>Defendants. ) | Case No. 05-11210-GAO |

### AFFIDAVIT OF LORI J. SELLERS
### IN SUPPORT OF MOTION TO PERMIT HER APPEARANCE *PRO HAC VICE*

Lori J. Sellers, upon oath, deposes and says:

1. My name is Lori J. Sellers and I am an associate in the law firm of Blackwell Sanders Peper Martin LLP, 4801 Main Street, Suite 1000, Kansas City, Missouri 64112. I have been a member of the Bar of Missouri in good standing since October 11, 1996.

2. This Affidavit is made in support of the motion of Wesley S. Chused for leave to permit my appearance *pro hac vice* for the defendants, DTE Biomass Energy, Inc., and Plainville Gas Producers, Inc., in this action.

3. My office address and telephone number are as follows:

> Lori J. Sellers
> Blackwell Sanders Peper Martin LLP
> 4801 Main Street, Suite 1000
> Kansas City, Missouri 64112
> (816) 983-8265

4. In addition to being admitted in Missouri (admitted 1996), I have been admitted to practice in and am a member in good standing of the bars of Kansas (admitted 1997), the United States District Court for the Western District of Missouri (admitted 1997), the United States

KC-1307611-1

District Court for the District of Kansas (admitted 1997), and the United States Tax Court (admitted 2000).

5. I am a member in good standing in every jurisdiction where I have been admitted to practice.

6. I am not currently suspended or disbarred in any jurisdiction, there are no disciplinary proceedings pending against me, and I have not been disbarred or suspended in any jurisdiction.

7. I have read and agree to abide by the Local Rules of the United States District Court for the District of Massachusetts.

8. I am familiar with the defenses of the defendants in this lawsuit and the law applicable to those defenses.

9. Although I am not a member of the Bar of this Court, I respectfully request, through co-counsel, Wesley S. Chused, that this Court grant me leave to appear *pro hac vice* on behalf of the defendants in this case pursuant to Local Rule 83.2(b).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 19, 2005.

/s/ Lori J. Sellers
Lori J. Sellers

KC-1307611-1