UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLAINVILLE GENERATING CO., LLC,    )<br>)<br>Plaintiff,    )<br>)<br>vs.    )<br>)<br>DTE BIOMASS ENERGY, INC. and    )<br>PLAINVILLE GAS PRODUCERS, INC.,    )<br>)<br>Defendants.    ) | Case No. 05-11210-GAO |

**DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Defendants DTE Biomass Energy, Inc. and Plainville Gas Producers, Inc., and their counsel hereby certify, in accordance with the provisions of Local Rule 16.1(D)(3), as follows: Defendants and their counsel have conferred: (a) with a view to establishing a budget for the cost of conducting a full-course — and various alternative courses — of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

KC-1330783-1

Date:  October 14, 2005.

        Respectfully submitted,

        DTE BIOMASS ENERGY, INC. and
        PLAINVILLE GAS PRODUCERS, INC.

        By: */s/ David R.. Joest*_____
          David R. Joest
          Assistant General Counsel
          425 S. Main Street
          Suite 201
          Ann Arbor, MI  48104
          (734) 913-2083
          (734) 994-5849 (fax)

        */s/ W.C. Blanton*_____
        W.C. Blanton          (MO# 54125)
        Lori J. Sellers          (MO# 47975)
        Blackwell Sanders Peper Martin LLP
        4801 Main St., Ste. 1000
        Kansas City, MO  64112
        (816) 983-8000
        (816) 983-8080 (fax )
        *pro hac vice* appearances


        */s/ Wesley S. Chused*_____
        Wesley S. Chused
        Looney & Grossman LLP
        101 Arch Street
        Boston, MA  02110
        (617) 951-2800
        (617) 951-2819 (fax)
        **Attorneys for Defendants**