UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| PLAINVILLE GENERATING CO., LLC,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | |
| ) | |
| DTE BIOMASS ENERGY, INC. and  ) | Case No. 05-11210-GAO |
| PLAINVILLE GAS PRODUCERS, INC.,  ) | |
| ) | |
| Defendants.  ) | |

---

## MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

---

Defendants, DTE Biomass Energy, Inc. ("DTE Biomass") and Plainville Gas Producers, Inc. ("Plainville Gas"), hereby move the Court pursuant to Fed. R. Civ. P. 12(b)(1) to dismiss this action for lack of subject matter jurisdiction, in that there was not complete diversity of citizenship between Plaintiff, Plainville Generating Co., LLC ("Plainville Generating"), on the one hand, and Defendants DTE Biomass and Plainville Gas on the other at the time this action was commenced, because at that time both Plainville Generating and Plainville Gas were citizens of the Commonwealth of Massachusetts for purposes of determining whether or not diversity jurisdiction lay with this Court, all as more fully discussed in the memorandum of law supporting this motion and filed herewith.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel for Defendants hereby certify that they have conferred with Plaintiff's counsel in good faith to resolve or narrow the issue herein.

L:\13525\000\Pld\021.DOC

Date:  October 19, 2005

          Respectfully submitted,

          */s/ W.C. Blanton*
          W.C. Blanton  (MO# 54125)
          Lori J. Sellers  (MO# 47975)
          *Pro hac vice appearances*
          Blackwell Sanders Peper Martin LLP
          4801 Main St., Ste. 1000
          Kansas City, MO  64112
          (816) 983-8000
          (816) 983-8080  ( fax )

          */s/ Wesley S. Chused*
          Wesley S. Chused (BBO #083520)
          Looney & Grossman LLP
          101 Arch Street
          Boston, MA  02110
          (617) 951-2800
          (617) 951-2819 (fax)

          **Attorneys for Defendants**

## CERTIFICATE OF SERVICE

 I hereby certify that on October 19, 2005, I served a copy of the foregoing pleading upon all parties hereto electronically, via facsimile or by mailing copies thereof, via first class mail, postage prepaid, properly addressed to:

    Steven Ferrey, Esq.
    Christopher L. DeMayo, Esq.
    LeBoeuf, Lamb, Greene & MacRae, L.L.P.
    260 Franklin Street
    Boston, MA 02110
    (617) 748 6800

          */s/ Wesley S. Chused*
          Wesley S. Chused