UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLAINVILLE GENERATING CO., LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DTE BIOMASS ENERGY, INC. and <br> PLAINVILLE GAS PRODUCERS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Case No. 05-11210-GAO <br> ) <br> ) <br> ) |

## AFFIDAVIT OF CURTIS T. RANGER RELATING TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Curtis T. Ranger, being first duly sworn, states as follows:

1. The statements made herein are based upon my personal knowledge, and I am competent to testify thereto.

2. I am the President of DTE Biomass Energy, Inc. ("DTE Biomass"), which is a Defendant in a civil action encaptioned <u>Plainville Generating Co., LLC v. DTE Biomass Energy, Inc. and Plainville Gas Producers, Inc.</u>, C.A. No. 05-11210-GAO, now pending in the United States District Court for the District Court of Massachusetts ("Lawsuit").

3. DTE Biomass is a corporation organized under the laws of the State of Michigan. Its corporate offices are located at 425 S. Main Street, Suite 201, in Ann Arbor, Michigan.

4. DTE Biomass is in the business of developing and operating, through operating subsidiaries, alternative methane fuel projects and landfill gas-to-energy conversion systems. DTE Biomass through its operating subsidiaries has more than thirty such projects operating or in development in 16 states. DTE Biomass also provides contract administrative and operating

KC-1336756-1

services to its subsidiaries. DTE Biomass has offices in the States of Florida and Arizona in addition to its corporate headquarters office in Michigan.

5. As of June 9, 2005, DTE Biomass' only business activity in Massachusetts was to provide operating and maintenance services to its subsidiary Plainville Gas Producers, Inc. ("Plainville Gas"). These services were provided through a third-party contractor, Shaw Emcon/OWT, Inc., and constituted a very small portion of the overall operations of DTE Biomass. DTE Biomass has not at any time since August 31, 2005 conducted any business activity in the Commonwealth of Massachusetts.

6. I am also the President of Plainville Gas, which is also a Defendant in the Lawsuit.

7. Plainville Gas is a corporation organized under the laws of the State of Michigan. Its corporate offices also are located at 425 S. Main Street, Suite 201, in Ann Arbor, Michigan. Plainville Gas has no employees. All of the business activities of Plainville Gas are carried out by employees of other companies pursuant to written or oral contracts between the parties.

8. As of June 9, 2005, the sole business activity of Plainville Gas was the operation of a landfill gas collection and distribution system owned by Plainville Gas installed at and in the vicinity of the Plainville Landfill in Plainville, Massachusetts ("Landfill") owned by Allied Waste Systems, Inc..

9. Plainville Gas terminated all of its operations at the Landfill as of midnight on August 31, 2005 and has not conducted any business activity in Massachusetts since that time. Since August 31, 2005, the only place at which Plainville Gas has conducted any business activity is at its corporate offices in Ann Arbor, Michigan.

Further Affiant sayeth not.

_____
Curtis T. Ranger

STATE OF MICHIGAN )
) ss.
COUNTY OF WASHTENAW )

Subscribed and sworn to before me, a notary public in and of said County and State, this ___ day of October, 2005.

BRIDGETT M. MICHALISHYN
Notary Public - Michigan
Livingston County
My Commission Expires Sep 8, 2008
Acting in the County of Washtenaw

Notary Public

My Commission Expires: Sept 8, 2008

KC-1336756-1                                3