UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLAINVILLE GENERATING CO., LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DTE BIOMASS ENERGY, INC. and )<br>PLAINVILLE GAS PRODUCERS, INC., )<br>)<br>Defendants. ) | Case No. 05-11210-GAO |

AFFIDAVIT OF LORI J. SELLERS RELATING TO
PLAINTIFF'S MOTION FOR A SHORT ORDER OF NOTICE
AND DEFENDANTS' MOTION FOR EXTENSION OF TIME

Lori J. Sellers, being first duly sworn, states as follows:

1. The statements made herein are based upon my personal knowledge, and I am competent to testify thereto.

2. I am one of the attorneys for Defendants DTE Biomass Energy, Inc. ("DTE Biomass") and Plainville Gas Producers, Inc. ("Plainville Gas") in the civil action encaptioned Plainville Generating Co., LLC v. DTE Biomass Energy, Inc. and Plainville Gas Producers, Inc., C.A. No. 05-11210-GAO, now pending in the United States District Court for the District Court of Massachusetts ("Lawsuit").

3. I note the following statement at page 8 of the memorandum of law filed by Plaintiff in support of Plaintiff's Motion: "On two separate occasions during August 2005, counsel for Defendants informed counsel for Plaintiffs [sic] that Defendants were going to meet with Plaintiffs [sic] at the Facility during specific weeks in August to provide documents, maps,

KC-1336985-1

information, keys and materials necessary for an orderly transition of Plaintiff or its affiliate into the responsibilities of the gas supplier function being unilaterally suddenly abandoned by Defendant PGP." At no time during August 2005 or any other time did I inform either Steven Ferrey or Christopher L. DeMayo or any other person of any such thing.

Further Affiant sayeth not.

/Lori J. Sellers

STATE OF MISSOURI     )
                     ) ss.
COUNTY OF JACKSON    )

Subscribed and sworn to before me, a notary public in and of said County and State, this 20th day of October 2005.

Notary Public

My Commission Expires:_____



ANGELA M. MAYS
Jackson County
My Commission Expires
August 25, 2007

KC-1336985-1                                    2