## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PLAINVILLE GENERATING CO., LLC, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.   05-11210-GAO |
| ) | |
| DTE BIOMASS ENERGY, INC. ) | |
| and ) | |
| PLAINVILLE GAS PRODUCERS, INC., ) | |
| ) | |
|    Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Plaintiff Plainville Generating Company, LLC hereby makes the following disclosure:

Plainville Generating Company, LLC is owned 99% by The Avelina Companies, Inc., a non-publicly traded Massachusetts corporation. The Avelina Companies, Inc. is owned 100% by the Avelina Business Trust. Gerard C. Lorusso has a 100% beneficial interest in the Avelina Business Trust.

Respectfully submitted,
PLAINVILLE GENERATING CO., LLC
By its Attorneys,

Steven Ferrey, Consulting Counsel (BBO No. 163600)
Christopher L. DeMayo (BBO No. 653481)
LeBoeuf, Lamb, Greene & MacRae LLP
260 Franklin Street
Boston, MA 02110
(617) 748-6800

Dated: October 21, 2005

## CERTIFICATE OF SERVICE

I, Christopher L. DeMayo, hereby certify that on this 21st day of October 2005, I caused a copy of the foregoing to be served by first-class mail upon:

Wesley S. Chused, Esq.
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

W.C. Blanton, Esq.
Lori J. Sellers, Esq.
Blackwell Sanders Peper Martin LLP
4801 Main Street, Ste. 1000
Kansas City, MO 64112

_____
Christopher L. DeMayo

*BS104491.1*