UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PLAINVILLE GENERATING CO., LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DTE BIOMASS ENERGY, INC. <br> and <br> PLAINVILLE GAS PRODUCERS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-11210-GAO <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Plaintiff Plainville Generating Co. hereby certifies that Plaintiff and its counsel have conferred: (a) with a view to establishing a budget for the cost of conducting a full-course —and various alternative courses — of this litigation; and to consider the resolution of the this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: October 24, 2005

           /s/ Henry Grilli
Henry Grilli, President
Plainville Generating Co., LLC
3 Belcher Street
Plainville, MA 02762


           /s/ Steven Ferrey
Steven Ferrey, Consulting Counsel  (BBO No. 163600)
Christopher L. DeMayo (BBO No. 653481)
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
260 Franklin Street
Boston, MA 02110
(617) 748-6800

*105364*