UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLAINVILLE GENERATING CO., LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DTE BIOMASS ENERGY, INC. and )<br>PLAINVILLE GAS PRODUCERS, INC., )<br>)<br>Defendants. ) | Case No. 05-11210-GAO |

RULE 41(a)(1) STIPULATION FOR VOLUNTARY DISMISSAL

Plaintiff, Plainville Generating Co., LLC, and Defendants, DTE Biomass Energy, Inc. and Plainville Gas Producers, Inc., hereby stipulate and agree pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this action be, and hereby is, DISMISSED.

Date: December  16 , 2005

Respectfully submitted,

_____
Steven Ferrey                BBO# 163660
Christopher L. DeMayo        BBO# 653481
LeBoueuf Lamb Greene & MacRae LLP
260 Franklin Street
Boston, MA 02110-3173
(617) 748-6800
(617) 439-0341  (fax)
**Attorneys for Plaintiff**

KC-1348119-1

_____
W.C. Blanton          MO# 54125
Lori J. Sellers       MO# 47975
Blackwell Sanders Peper Martin LLP
4801 Main St., Ste. 1000
Kansas City, MO  64112
(816) 983-8000
(816) 983-8080  ( fax )
Admitted *pro hac vice*

_____
Wesley S. Chused          BBO # 083520
Looney & Grossman LLP
101 Arch Street
Boston, MA  02110
(617) 951-2800
(617) 951-2819  (fax)
**Attorneys for Defendants**


## COURT APPROVAL

APPROVED, this ___ day of December, 2005.


_____
Judge, U.S. District Court

KC-1348119-1                    2